GEORGE V. N. BALDWIN, ADMINISTRATOR, RESPONDENT, *v.* JOHN C. T. SMIDT, APPELLANT.

*Evidence — Code,* § 399.

In this action, brought upon a promissory note, the defendant interposed a counterclaim for rent due from the plaintiff's intestate. Upon the trial the defendant was asked whether he had ever received any money from the intestate, or any one representing him. *Held,* that the question was properly excluded as inadmissible under section 399 of the Code.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Allan Lee Smith,* for appellant. *Geo. V. N. Baldwin,* for respondent.

Opinion by DANIELS, J.  DAVIS, P. J., and BRADY, J., concurred.

Judgment affirmed.